# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | USA v. Angela Brown<br>2:25-cr-00041-DAD | *Date:* | **February 21, 2025** |
| *To:* | **Hon. Chi Soo Kim**<br>**c/o Courtroom Deputy**<br>**Alex Waldrop** | *From:* | **Zulkar Khan**<br>**U.S. Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Ste 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700** |

An information was filed on February 19, 2025, in the above-captioned case. The parties jointly request that the Court set this matter for an in-person initial appearance and arraignment before Magistrate Judge Chi Soo Kim on February 25, 2025, at 2:00 p.m.  Defendant's appearance has been confirmed by defense counsel.